Case 1:19-cr-20186-KMW  Document 19  Entered on FLSD Docket 04/10/2019  Page 1 of 8

FILED by \_\_\_YH\_\_\_ D.C.
Apr 9, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20186-CR-WILLIAMS/TORRES**

18 U.S.C. § 371
18 U.S.C. § 1956(h)
18 U.S.C. § 2428
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

v.

MARIA TERESA GONIMA OLLAGA and
GINGER GARCES-UZCATEGUI,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 371
### (Conspiracy to Transport Individuals for Illegal Sexual Activity)

From in or around April 2018, the exact date being unknown to the Grand Jury, and continuing through on or about March 11, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIA TERESA GONIMA OLLAGA**
**and**
**GINGER GARCES-UZCATEGUI,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to transport individuals in interstate and foreign commerce, with the intent that such individuals engage in prostitution, and in any sexual activity for which a person could be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

## OBJECT AND PURPOSE OF THE CONSPIRACY

It was the object and purpose of the conspiracy for the defendants and their coconspirators to enrich themselves unlawfully by recruiting, organizing, and arranging high-end prostitution dates for adult females in multiple locations throughout the United States and abroad.

## MANNER AND MEANS OF THE CONSPIRACY

The means and methods by which the defendants and their co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

1. **MARIA TERESA GONIMA OLLAGA**, a Colombian national residing in Miami, Florida, recruited women through various Internet-based social media applications, such as Instagram, to work for her as high-end escorts and prostitutes. **GONIMA** served as a broker, or madam, for the women she recruited. In that capacity, she managed group chat rooms on various online messaging applications, such as WhatsApp, and would inform the women, via group messages, of escorting and prostitution jobs available.

2. **GINGER GARCES-UZCATEGUI**, a Venezuelan national residing in Miami, Florida, worked with coconspirator **GONIMA** to broker high-end escorting and prostitution jobs for women through online messaging applications.

3. Once a woman accepted a job, **GONIMA** and **GARCES-UZCATEGUI** would arrange for her to meet the customer. For their brokerage services, **GONIMA** and **GARCES-UZCATEGUI** required at least a 30% commission fee, typically paid to them via an online money transfer service, such as PayPal, Venmo, and Zelle.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish the objects thereof, at least one of the

co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. In or around April 2018, **GONIMA** created a group chat room on the online messaging application WhatsApp, for the purpose of messaging women for high-end prostitution jobs in various cities in the United States and abroad. **GONIMA** and **GARCES-UZCATEGUI** would receive at least a 30% commission fee for each job they arranged.

2. On or about July 4, 2018, via the online messaging application WhatsApp, **GONIMA** messaged several women in a group chat with a solicitation for prostitution located in Chicago, Illinois, with flights from New York, Los Angeles, and Miami included, that paid upwards of $2,000 USD for a one-day trip.

3. On or about August 8, 2018, via the online messaging application WhatsApp, **GONIMA** messaged several women in a group chat with a solicitation for prostitution located in the Bahamas, with flight tickets included, that paid $2,500 USD per day for a two-night trip.

4. On or about December 18, 2018, via the online messaging application WhatsApp, **GARCES-UZCATEGUI**, messaged several women in a group chat with a solicitation for prostitution located in Madrid, Spain and paying $2,500 USD, minus a 30% commission fee to be paid to **GARCES-UZCATEGUI**.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### 18 U.S.C. § 1956(h)
### (Money Laundering Conspiracy)

From in or around April 2018, and continuing through in or around March 2019, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

3

**MARIA TERESA GONIMA OLLAGA**
**and**
**GINGER GARCES-UZCATEGUI,**

did knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

It is further alleged that the specified unlawful activity is the transportation of an individual in interstate and foreign commerce, with the intent that such individual engage in prostitution, and in any sexual activity for which that person could be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2421.

All in violation of Title 18, United States Code, Section 1956(h).

## **CRIMINAL FORFEITURE ALLEGATIONS**

The allegations of this Indictment are re-alleged and fully incorporated here for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants have an interest.

Upon conviction of the offense alleged in Count One, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, (1) the defendants' interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the afore stated offense; and (2) any property, real or personal, constituting or derived from any

4

proceeds that the defendants obtained, directly or indirectly, as a result of the afore stated offense.

Upon conviction of the offenses charged in Count Two, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), all property, real or personal, involved in the afore stated offenses and all property traceable to such property.

All pursuant to Title 18, United States Code, Sections 2428 and 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable here by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

VANESSA SINGH JOHANNES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MARIA TERESA GONIMA OLLAGA
and
GINGER GARCES-UZCATEGUI

Defendants.
_____/

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) ___
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

- X Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect  Spanish

4. This case will take  5 - 7  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   0 to 5 days   ___
   II  6 to 10 days  X
   III 11 to 20 days ___
   IV  21 to 60 days ___
   V   61 days and over ___

   (Check only one)

   Petty ___
   Minor ___
   Misdem. ___
   Felony X

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes:
   Magistrate Case No.  Case No. 19-mj-2339-JJO
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No X

_____
VANESSA SINGH JOHANNES
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5501644

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MARIA TERESA GONIMA OLLAGA

**Case No:** _____

Count 1:

Conspiracy to Transport Individuals in Interstate and Foreign Commerce for Prostitution

Title 18, United States Code, Section 371

**\* Max. Penalty**: Five (5) years

Count 2:

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\* Max. Penalty**: Twenty (20) years

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GINGER GARCES-UZCATEGUI

**Case No:** _____

Count 1:

Conspiracy to Transport Individuals in Interstate and Foreign Commerce for Prostitution

Title 18, United States Code, Section 371

\* **Max. Penalty**: Five (5) years

Count 2:

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

\* **Max. Penalty**: Twenty (20) years

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.