# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____19-20186-CR-KMW_____
18 U.S.C. § 371
18 U.S.C. § 1956(h)
18 U.S.C. § 2428
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

v.

MARIA TERSA GONIMA OLLAGA,

      Defendant.

_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the parties agree that the United States would have proven the following facts to a jury beyond a reasonable doubt:

Between April 2018 and March 2019, the Defendant operated and/or participated in the operation of a high-end escort business. The Defendant, an Instagram Influencer, would reach out to adult women who advertised themselves as models on social media and invite them to join various chat groups that she created and served as the administrator of. Through the chat groups, she would broker prostitution jobs for the women in the group. The women were not forced, coerced, or otherwise deceived into the prostitution jobs. Rather, there was a common understanding in the chat group that "image" jobs were for companionship, modeling, or to be a "part of the scene," and that "extra" jobs were for sex.

The clients that the Defendant brokered prostitution services for were considered high-end and exclusive. While the prostitution jobs ranged in price, depending on the services provided and the time spent, the women did not accept jobs that paid less than $1,000 per hour, per female. The Defendant earned a commission fee for brokering a prostitution job, which typically ranged from 20% to 30% of the overall job cost. The commission fee was paid to the Defendant by the woman upon completion of the job, via Zell or another online money transferring app. The monies were then wired from the money transferring apps to the Defendant's bank account. The Defendant's only employment during this time period was work as a Madame or broker of prostitution services.

The Defendant had a large client list, developed over the course of many years working in the high-end escort industry.  While some of the prostitution occurred locally, most of the jobs required the women to travel to different cities (both nationally and internationally) and/or meet men at hotel rooms for services.

07/24/2019
Date

VANESSA SINGH JOHANNES
ASSISTANT UNITED STATES ATTORNEY

7/24/19
Date

PAUL PETRUZZI
ATTORNEY FOR DEFENDANT GONIMA

7/24/2019
Date

MARIA TERESA GONIMA OLLAGA
DEFENDANT