UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20186-WILLIAMS

UNITED STATES OF AMERICA,  :
:
         Plaintiff,  :
:
v.  :
:
MARIA TERESA GONIMA OLLAGA,  :
:
         Defendant.  :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**UNOPPOSED MOTION TO MODIFY BOND CONDITIONS**

The Defendant, MARIA TERESA GONIMA OLLAGA, through undersigned counsel, and without the opposition of counsel for the Government or the United States Probation/Pretrial Officer assigned to this matter, respectfully requests that this Honorable Court enter an order modifying the bond conditions imposed in this matter by removing the defendant's condition of home confinement and monitoring. In support, the Defendant states as follows:

    1.    On March 12, 2019, Ms. Gonima Ollaga was arrested based on a Complaint charging her with Conspiracy to Transport Individuals in Interstate and Foreign Commerce for Prostitution in violation of 18 U.S.C. Section 371 and Conspiracy to Commit Money Laundering in violation of 18 U.S.C. Section 1956(h). (DE 1).

    2.    On March 25, 2019, the Court set a $200,000, 10% bond (with $20,000.00 deposited with the Clerk of Court), and ordered the Defendant to surrender her travel documents, report to pretrial services as directed, and, in addition to other special conditions, remain on home confinement except for pre-approved visits for medical

needs or treatment, court appearances, attorney visits or court ordered obligations, employment, and religious obligations. (DE 13).  Ms. Gonima Ollaga has complied with all conditions imposed without any issues.

3. On July 24, 2019, Ms. Gonima Ollaga pleaded guilty to Count 2 of the Indictment.  (DE 41).  Ms. Gonima Ollaga's sentencing is currently scheduled for October 11, 2019.  (DE 40).

4. Based on her plea to money laundering (Count 2), and after an acceptance of responsibility reduction, Ms. Gonima Ollaga's total offense level is a level 13.  As Ms. Gonima Ollaga has no prior criminal history, she has an applicable guideline range of 12 to 18 months <u>before</u> any potential reduction as a result of her cooperation.  Given Ms. Gonima Ollaga's continued cooperation with the Government and her otherwise applicable guideline range, she should no longer be deemed a risk of flight.  Accordingly, she is requesting that this Court remove the home confinement and monitoring condition of her bond.

5. USPO Juan Nunez and AUSA Vanessa Johannes have no objection to this request. Accordingly, the parties have agreed to modify this condition with all other terms and conditions of the Defendant's release remaining in full force and effect.

**WHEREFORE**, the Defendant, MARIA TERESA GONIMA OLLAGA, through undersigned counsel, and without the opposition of counsel for the Government or the United States Probation/Pretrial Officer assigned to this matter, respectfully requests that this Honorable Court enter an order modifying the bond conditions imposed in this matter by allowing the defendant to be removed off home confinement and monitoring.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
PH 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:  (305) 373-3832
E-mail: petruzzi-law@msn.com

By:    s/ Paul Petruzzi
       **PAUL D. PETRUZZI, ESQ.**
       Florida Bar No. 982059

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF upon counsel of record on August 12, 2019.

By:    s/ Paul Petruzzi
       **PAUL D. PETRUZZI, ESQ.**
       Attorney for Defendant